UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**UNITED STATES OF AMERICA**,

   Plaintiff,

v.                                             No. 4:22-cv-0030-P

**CITY OF ARLINGTON, TEXAS,**

   Defendant.

## FINAL JUDGMENT

This Judgement is issued pursuant to Federal Rule of Civil Procedure 58(a). In accordance with the Consent Decree (ECF No. 8) issued this same day:

It is **ORDERED, ADJUDGED, and DECREED** that this civil action is **DISMISSED with prejudice**.

The Clerk of Court shall transmit a true copy of this Final Judgment to the Parties.

**SO ORDERED** on this **18th day** of **January, 2022.**

_____
Mark T. Pittman
United States District Judge